ACCEPTED
15-24-00003-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/3/2025 10:14 AM
CHRISTOPHER A. PRINE
CLERK

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/3/2025 10:14:02 AM
CHRISTOPHER A. PRINE
Clerk

**Ron Beal**
**Professor Emeritus & Attorney at Law**
**2530 Wooddale Circle**
**Waco, TX 76710**
**(254) 366-4198**
**ron_beal@baylor.edu**

15th Court of Appeals                                      February 3, 2025
P.O. Box 12547
Austin, TX 78711

> Re:    AFLOA, LLC v. TMVD
>        **Cause No: 15-24-00003-CV**
>        Amicus Letter Brief

Dear Honorable Justices of the 15th Court of Appeals:

I am not being compensated by anyone for the preparation, writing, or filing of this amicus letter brief.

I am solely concerned about the integrity of the Texas Administrative Law system and the fairness of administrative proceedings for our fellow Texas citizens and entities doing business in this State.

I have to admit that I have never been exposed to such conduct or, more appropriately, lack of conduct of the parties' attorneys and this Court. A failure of all involved prejudices the rights of all parties to simply reach the merits of this cause consistent with the law and in a timely manner.

Sua sponte action or lack thereof of this Court should not be exercised to punish the tardy advocate. The key principles to be protected include consistent upholding of the rule of law as to jurisdiction, and the automatic exercise of sua sponte power so all advocates are treated in the same manner.

Finally, delay and additional costs to the parties can diminish the ultimate result and thereby tarnish the justice applied.

With all due respect, this Court must withdraw its opinion, address the merits of all procedural and substantive issues which are critical to administrative law and the parties, and issue a final decision based upon a clear showing of being vested with subject matter jurisdiction.

Sincerely,

/s/ Ron Beal
Ron Beal
Attorney at Law
Bar Card No. 24005041
2530 Wooddale Circle
Waco, TX 76710
254-366-4198
ron_beal@baylor.edu

**CERTIFICATE OF COMPLIANCE**

I certify that this document was produced on a computer using Microsoft Word and contains 333 words, as determined by the computer's software's word count function, excluding the sections of the document listed in Texas Rules of Appellate Procedure 9.4(i)(1).

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on February 3, 2025, by e-file and/or electronic mail in accordance with the Texas Rules of Civil Procedure to the following:

**Appellant AFLOA**

Brandon L. Starling
Susan G. White
2003 N. Lamar Blvd., Suite 100
Austin, TX 78705

**Appellee TDMV**

Ted A. Ross
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548


Sincerely,

<u><s> Ron Beal</u>
Ron Beal
Bar Card No: 24005041

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Ronald Beal on behalf of Ronald Beal
Bar No. 24005041
ron_beal@baylor.edu
Envelope ID: 96893901
Filing Code Description: Letter
Filing Description: Letter
Status as of 2/3/2025 10:18 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Brandon Starling | 24047556 | bstarling@wso-law.com | 2/3/2025 10:14:02 AM | SENT |
| Jeff Lutz | | jeff.lutz@oag.texas.gov | 2/3/2025 10:14:02 AM | SENT |
| Ted Ross | | ted.ross@oag.texas.gov | 2/3/2025 10:14:02 AM | SENT |
| Susan White | | swhite@wso-law.com | 2/3/2025 10:14:02 AM | SENT |